# THE STATE OF NEW HAMPSHIRE

# SUPREME COURT

**In Case No. 2017-0252, <u>State of New Hampshire v. Elise Roux</u>, the court on March 1, 2018, issued the following order:**

Having considered the briefs and record submitted on appeal, we reverse the April 6, 2017 order of the Circuit Court (<u>DeVries</u>, J.) for the reasons stated in our opinion in case no. 2016-0698, <u>State of New Hampshire v. Meghan Sage</u> (issued on February 9, 2018), and remand for further proceedings in the trial court.

<u>Reversed and remanded</u>.

Dalianis, C.J., and Lynn, Bassett, and Hantz Marconi, JJ., concurred; Hicks, J., dissents for the reasons stated in his dissent in <u>State of New Hampshire v. Meghan Sage</u>, and would affirm the trial court's order as a correct application of <u>State v. Hull</u>, 149 N.H. 706, 708-11 (2003).

**Eileen Fox,
Clerk**